**No. 10-7640. Juan Carlos Angulo-Lopez, Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 955, 178 L. Ed. 2d 788, 2011 U.S. LEXIS 372.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 615 F.3d 1287.

**No. 10-7642. Danilo Martinez-Perez, Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 955, 178 L. Ed. 2d 788, 2011 U.S. LEXIS 95.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 615 F.3d 1287.

**No. 10-7643. Ricorte Angulo-Lopez, Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 955, 178 L. Ed. 2d 788, 2011 U.S. LEXIS 241.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 615 F.3d 1287.

**No. 10-7644. Mario Esparza-Cruz, Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 955, 178 L. Ed. 2d 788, 2011 U.S. LEXIS 348.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 597.

**No. 10-7645. Jesus Norberto Evans-Martinez, Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 956, 178 L. Ed. 2d 788, 2011 U.S. LEXIS 435.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 611 F.3d 635.

**No. 10-7649. Garrick Dewayne Newton, Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 956, 178 L. Ed. 2d 788, 2011 U.S. LEXIS 251.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 393 Fed. Appx. 64.

**No. 10-7651. Jose Luis Rodriguez, Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 956, 178 L. Ed. 2d 788, 2011 U.S. LEXIS 578.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 609 F.3d 495.